No. 506. ISAAC N. KINNEY ET AL., PETITIONERS, *v.* THE EASTERN TRUST AND BANKING COMPANY. December 21, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. O. W. Aldrich* and *Mr. Alfred J. Thomas* for petitioners. *Mr. William B. Sanders* for respondent.

---

No. 509. JOHN BRISLIN ET AL., PETITIONERS, *v.* CARNEGIE STEEL COMPANY (LIMITED). December 21, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. James I. Kay, Mr. James N. Cook* and *Mr. James S. Young* for petitioners. *Mr. John R. Bennett* for respondent.

---

No. 510. FRANK A. POUPPIRT, PETITIONER, *v.* ELDER DEMPSTER SHIPPING (LIMITED). December 21, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Floyd Hughes* for petitioner. *Mr. Robert M. Hughes* for respondent.

---

## CASES DISMISSED IN VACATION.

No. 206. IDA McCLUNG, PLAINTIFF IN ERROR, *v.* WILLIAM A. PENNY. In error to the Supreme Court of the Territory of Oklahoma. June 27, 1903. Dismissed pursuant to the 28th rule. *Mr. S. H. Harris* for plaintiff in error. *Mr. A. G. C. Bierer* for defendant in error.